IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**OFELIA MARTINEZ**                                                              **PLAINTIFF**

**V.**                                                            **CIVIL ACTION NO. 3:04CV45 HTW**

**TRES AMIGOS TOURS AND**
**AUTOBUSES LUCANO, INC.**                                              **DEFENDANTS**

<u>**ORDER**</u>

On Friday, October 17, 2014, this court met with attorney's for all sides in this litigation. At the conclusion of the session, this court determined that all outstanding motions are moot, and, therefore dismissed.

Accordingly, this lawsuit all outstanding motions are dismissed with prejudice.

SO ORDERED AND ADJUDGED this the 22nd day, October 2014.

                                                                        s/ HENRY T. WINGATE
                                                                        U.S. DISTRICT COURT JUDGE